UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

WENDY GROUND &
JOAN LORENZO

        Plaintiff,

v.

Civil Action No. 11-CV-00706

NCO FINANCIAL SYSTEMS, INC,

        Defendant.

---

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice.

DATED:                                                                DATED: 2/7/12

_____                         _____
Seth J. Andrews, Esq.                                       Michael Del Valle, Esq.
Law Offices of Kenneth Hiller                         Sessions, Fishman, Nathan
*Attorneys for Plaintiff*                                    & Israel of New York, LLC
6000 North Bailey Avenue, Suite 1A              *Attorneys for Defendant*
Amherst, New York 14226                             130 John Muir Drive
Phone: (716) 564-3288                                    Suite 106
                                                                                                        Amherst, New York 14228
                                                                                  Phone: (716) 625-7492